No. 86, Misc.   Perry *v.* Ragen, Warden.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 87, Misc.   Watkins *v.* Indiana.   Supreme Court of Indiana.   Certiorari denied.

No. 88, Misc.   Wittje *v.* Ragen, Warden.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 89, Misc.   Ex parte Nix.   Supreme Court of Texas.   Certiorari denied.

No. 90, Misc.   Carr *v.* Oklahoma.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.

No. 95, Misc.   Boone *v.* Eidson, Warden.   Supreme Court of Missouri.   Certiorari denied.

No. 97, Misc.   Delano *v.* Armstrong Rubber Co. Supreme Court of Errors of Connecticut.   Certiorari denied.   *William L. Beers* for petitioner.

No. 98, Misc.   Chessman *v.* California et al.   Supreme Court of California.   Certiorari denied.

No. 99, Misc.   Rutledge *v.* Hudspeth, Warden.   Supreme Court of Kansas.   Certiorari denied.

No. 104, Misc.   Petrucelli *v.* New Jersey.   Supreme Court of New Jersey.   Certiorari denied.